**Order entered October 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00461-CV

**CREDITPLEX AUTO SALES, LLC D/B/A GREENVILLE MITSUBISHI AND LARRY JACKSON, Appellants**

**V.**

**CHRISTIN BISHOP, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01838-D**

## ORDER

Before the Court is appellee's October 26, 2017 unopposed motion for second extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 13, 2017. We caution appellee that further extension requests will be disfavored.

/s/ CRAIG STODDART
   JUSTICE